DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS MUNDY,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION,** as Grantor Trustee for the
Holders of BEAR STEARNS ARM TRUST, Grantor Trust Certificates,
Series 2005-2,
Appellee.

No. 4D17-542

[September 20, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE 08-20118 (11).

Evan B. Plotka of Evan B. Plotka, P.L., Hollywood, for appellant.

Sara F. Holladay-Tobias and Emily Rottmann of McGuire Woods LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***